**No. 10-6412. Elmer L. O'Connell, Petitioner v. Jeffrey Uttecht, Superintendent, Coyote Ridge Corrections Center.**

562 U.S. 1014, 131 S. Ct. 531, 178 L. Ed. 2d 391, 2010 U.S. LEXIS 8500, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6414. Robert Eugene Merideth, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.**

562 U.S. 1014, 131 S. Ct. 531, 178 L. Ed. 2d 391, 2010 U.S. LEXIS 8471.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 383 Fed. Appx. 652.

**No. 10-6421. Toney I. Brown, Petitioner v. Kevin Milyard, Warden, et al.**

562 U.S. 1014, 131 S. Ct. 532, 178 L. Ed. 2d 391, 2010 U.S. LEXIS 8584, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 373 Fed. Appx. 853.

**No. 10-6424. Robert Bates, Petitioner v. Ohio.**

562 U.S. 1014, 131 S. Ct. 532, 178 L. Ed. 2d 391, 2010 U.S. LEXIS 8522.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 10-6426. Israel Reyna, Petitioner v. Kansas.**

562 U.S. 1014, 131 S. Ct. 532, 178 L. Ed. 2d 391, 2010 U.S. LEXIS 8642.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Kansas denied.

Same case below, 290 Kan. 666, 234 P.3d 761.

**No. 10-6427. Irwin Schiff, Petitioner v. United States.**

562 U.S. 1014, 131 S. Ct. 532, 178 L. Ed. 2d 391, 2010 U.S. LEXIS 8614.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 383 Fed. Appx. 649.

**No. 10-6438. Raul S. Zavala, Petitioner v. Drug Enforcement Agency.**

562 U.S. 1015, 131 S. Ct. 554, 178 L. Ed. 2d 391, 2010 U.S. LEXIS 8498.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-6460. Ted Marcum, Petitioner v. Ohio Adult Parole Authority.**

562 U.S. 1015, 131 S. Ct. 532, 178 L. Ed. 2d 391, 2010 U.S. LEXIS 8523.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.